# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ENCODITECH LLC,**<br><br>                               Plaintiff,<br>v.<br><br>**BROOKFIELD EQUINOX LLC,** *et al.***,**<br><br>                              Defendants. | Case No. 2:15-cv-1084 |
| **ENCODITECH LLC,**<br><br>                               Plaintiff,<br>v.<br><br>**VERIFONE, INC.,**<br><br>                               Defendants. | Case No. 2:15-cv-1099 |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF ENCODITECH LLC AND DEFENDANT VERIFONE, INC.

On this day, the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Encoditech LLC ("Encoditech") and Defendant Verifone, Inc. ("Verifone"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that all claims and counterclaims asserted in this suit between Plaintiff Encoditech and Defendant Verifone are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

**SIGNED this 17th day of November, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE